IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| EDWIN WAYNE JOYCE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
|   v. ) | |
| ) | |
| USDC JUDGES BETTY PUGH, ) | |
| ANGELA MOORE, HENRY ROGERS, ) | |
| JR-SR, USDCMD CATHERINE ) | 1:23-cv-349 |
| EAGLES, MARK WILSON, YVONNE ) | |
| CRAVEN, CAROL BRAY, WARDEN ) | |
| BRAY, CLYDE ANDREWS, LISA ) | |
| WINDHAM, BILLY COLLINS, ) | |
| DEBREA LEA COPPER COLLINS, ) | |
| NC GOVENORNOR ROY COOPER, ) | |
| BETTY DUNN, BETTY PUGH, ) | |
| NORMA ARTHUR, PHYLLIS LARVER, ) | |
| LARRY ARUDUFF, DEBORAH NADDEN ) | |
| and CATHERINE BLANE, ) | |
| ) | |
|     Defendants. ) | |

## ORDER

On May 10, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

The court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED**

that this action be filed, and is hereby, **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new action, on the proper forms, which corrects the defects cited in the Magistrate Judge's Order and Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 14th day of September, 2023.

                                           /s/ William L. Osteen, Jr.
                                           United States District Judge